909 A.2d 300

**Vincent McLEOD, Petitioner**

v.

**Mordecai MATTIYAHU, Respondent.**

**No. 121 EM 2006.**

Supreme Court of Pennsylvania.

Oct. 16, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2006, the Motion to Correct the Computation of Time, Clerial [sic] Mistake, treated as a Petition for Leave to File a Petition for Allowance of Appeal Nunc Pro Tunc, is denied.

909 A.2d 301

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Samuel CONYERS, Petitioner.**

**No. 124 EM 2006.**

Supreme Court of Pennsylvania.

Oct. 16, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2006, the Notice of Appeal Nunc Pro Tunc and Application for the Appointment of Counsel are denied.